KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| IN RE:<br>FLOYD L BELL<br><br>**Debtor (s)** | CASE NO: BKS-15-12026-BTB<br><br>NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**

**YOU ARE DELINQUENT IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, UNLESS YOU TAKE ACTION BY June 19, 2016.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of May 17, 2016, payments are delinquent in the amount of $990.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on the Exhibit.

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by June 19, 2016, do one of the following:**

**1)  YOU MUST,** by June 19, 2016, bring the case current by paying, to the Chapter 13 Trustee, the amount of $1485.00  (This amount represents your delinquency plus your next plan payment due after May 17, 2016);

**OR**

**2)  YOU MUST**, by June 19, 2016, file with the Court, through your attorney, if you are represented, a Modified Chapter 13 Plan.  Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition;

**IF YOU DO NOT COMPLY BY June 19, 2016, YOUR CASE MAY BE DISMISSED.**

**THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE. PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.**

Dated: May 20, 2016

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee

**Exhibit A to Notice of Default**
**FLOYD L BELL**

**CASE NO.: 15-12026-BTB**

| Date Posted | Source Number | | Description | Amount of Receipt |
|---|---|---|---|---|
| May 15, 2015 | 2125388000 | - | ePay Receipt | 495.00 |
| Jun 12, 2015 | 2192580000 | - | ePay Receipt | 495.00 |
| Jul 13, 2015 | 2263063000 | - | ePay Receipt | 495.00 |
| Aug 21, 2015 | 2352542000 | - | ePay Receipt | 495.00 |
| Sep 18, 2015 | 2419479000 | - | ePay Receipt | 495.00 |
| Oct 29, 2015 | 2514878000 | - | ePay Receipt | 495.00 |
| Dec 11, 2015 | 2623955000 | - | ePay Receipt | 495.00 |
| Jan 11, 2016 | 2689295000 | - | ePay Receipt | 495.00 |
| Feb 18, 2016 | 2787093000 | - | ePay Receipt | 495.00 |
| Mar 17, 2016 | 2862256000 | - | ePay Receipt | 495.00 |
| Apr 14, 2016 | 2932158000 | - | ePay Receipt | 495.00 |
| | | | **Gross Debtor Receipts:** | **$5,445.00** |

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702)853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | CASE NO: BKS-15-12026-BTB |
|---|---|
| FLOYD L BELL | Chapter 13 |
| **Debtor (s)** | |

## CERTIFICATE OF SERVICE

1. On May 20, 2016 I served the following document(s):

    **NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE**

2. I served the above- named document(s) by the following means to the persons as listed below:

    **United States Mail, postage fully prepaid**

    FLOYD L BELL
    10753 ROCOCO COURT
    LAS VEGAS, NV  89141

    HAINES & KRIEGER LLC
    8985 S EASTERN AVENUE
    SUITE 350
    HENDERSON, NV  89123

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 5/20/16

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee